```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0101--CR (JWS)
                    "USA V CHAD E. ROCCA"
                    DEF 1.1 ROCCA, CHAD E.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 10/19/05
              Closed: NO
  No. of Defendants: 1
     MJ Case Number:
                 AKA:
     Location status: Released on Bond
          Trial date: 01/05/06
          Terminated: NO
   Needs interpreter: NO
   Counsel of record: Michael D. Dieni
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: David A. Nesbett
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 ROCCA, CHAD E.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| OPENING | 1 | 26:5841, 5845(a)(1), 5861(d), 5871 POSSESSION OF A PROHIBITED FIREARM (F) | Pending |
| OPENING | 2 | 26:5872 AND 28:2461(c) CRIMINAL FORFEITURE (F) | Pending |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A05-0101--CR (JWS)
                            "USA V CHAD E. ROCCA"

                             For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  10/19/05
           Closed:  NO
No. of Defendants:  1


 Document #   Filed      Docket text

      1 -  1  10/19/05   [Re: DEF 1] PLF 1 Indictment.

      2 -  1  10/20/05   [Re: DEF 1] JDR Grand Jury Minutes re: Indt secret; iss WOA; bail set @
                         $50,000.00 secured.

   NOTE -  1  11/03/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/02/05 @
                         Anchorage.

   NOTE -  2  11/03/05   Notation: Proposed Trial Date Setting Memo for Arr to USDJ.

      3 -  1  11/08/05   [Re: DEF 1] TWH Court Minutes [ECR: Elisa Singleton/Caroline Edmiston]
                         RE: Arraignment on Indictment (held 11/04/05); Michael Dieni appointed;
                         defendant plead not guilty to counts 1 & 2 of the Indictment; appearance
                         bond $5,000.00 unsecured; ptm's 11/23/05; meet and confer 11/14/05; FPTC
                         01/05/06 at 8:30 a.m.; TBJ 01/05/06 at 9:00 a.m. CC: USA, FPD, USM,
                         USPO, Judge Sedwick, Jury Clerk.

      4 -  1  11/08/05   [Re: DEF 1] Financial Affidavit.

      5 -  1  11/08/05   [Re: DEF 1] TWH Order regarding preparation for trial. CC: USA, FPD.

      6 -  1  11/08/05   [Re: DEF 1] TWH Order of Release (Original and one copy to USM). CC:
                         USA, FPD, USM, USPO.

      7 -  1  11/08/05   [Re: DEF 1] Order setting conditions of release. CC: USA, FPD, USM,
                         USPO.

      8 -  1  11/08/05   [Re: DEF 1] Appearance bond $5,000.00 Unsecured.

      9 -  1  11/08/05   [Re: DEF 1] JWS Minute Order setting trial by jury for 1/5/06 at 9:00
                         a.m. and Final PT Conf for 1/5/06 at 8:30 a.m. in Courtroom #3. cc:
                         AUSA, FPD, USM, USPO, MJ ROBERTS, JC

     10 -  1  11/08/05   [Re: DEF 1] Return of WOA executed on 11/02/05.

     11 -  1  11/09/05   [Re: DEF 1] Attorney Appearance of M. Dieni (FPD).

     12 -  1  11/23/05   DEF 1 motion to suppress evidence seized as a result of warrantless
                         search w/att memo.

     13 -  1  11/28/05   [Re: DEF 1] JDR Minute Order setting evid hrg on 12/2/05 @ 9:30 a.m.;
                         govt's oppo due by 4:00 p.m. on 12/1/05. cc: USA, FPD, USM
```