TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
(907) 271-5071

Attorneys for Plaintiff



FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -1  PM 1: 54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. A05-101 CR (JWS) |
|---|---|
| Plaintiff, | ) **OPPOSITION TO MOTION** )  **TO SUPPRESS** |
| vs. | ) |
| CHAD E. ROCCA, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its counsel, and submits its opposition to defendant's Motion to Suppress in the above captioned case as follows:

14