IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Deputy

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. Chad E. Rocca

CASE NO: A05-0101 CR (JWS)

Defendant Chad E. Rocca,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s).

____Paid cash bail in the amount of _____ to the Clerk of Court.

__X__ Posted unsecured bond in the amount of  $5,000.00

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____Surrendered passport to the Clerk of Court.

__X__ Other: Defendant to be released to FPD Investigator Frank Wake to transport to Cordova Center on 12/20/05

Dated at Anchorage, Alaska this 20th day of December, 20 05

John D. Roberts
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

A05-0101--CR (JWS)
om 12-21-05

✓ M. DIENI (FPD)
✓ D. NESBETT (AUSA)
✓ US MARSHAL
✓ US PROBATION


23