

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHAD E. ROCCA,<br><br>　　　　　　Defendant. | Case No. A05-0101 CR (JWS)<br><br>DEFENDANT'S NOTICE OF OBJECTION TO RECOMMENDATION REGARDING MOTION TO SUPPRESS |

　　　　Defendant, Chad E. Rocca, by and through Assistant Federal Defender Michael Dieni, and provides notice that Mr. Rocca objects to the Magistrate Judge recommendation to deny Mr. Rocca's motion to suppress. The proposed findings of fact and conclusions of law have already been disputed by Mr. Rocca in his pleadings and his oral argument made to the magistrate judge on the record, and will not be extensively repeated here.

　　　　The court mis-cites the *Cervantes* case in that there is no basis in this record for a claim of either emergency or exigent circumstances as a justification for police entry into the trailer. Otherwise, the recitation of law is correct. Mr. Rocca disagrees with the

court's conclusion that Mr. Rocca's "consent" to police entry into the trailer was voluntary. Mr. Rocca asserts that court has mistakenly failed to recognize the reality of what it means to a citizen to answer a door being pounded upon by police, get removed from a home at gun point, get physically restrained by his thumbs behind his back, pat searched up and down his body, while observing four police cruisers parked near his house, and then have an officer holding a shotgun "request" the opportunity to go check a gun inside the house. In this context, the Magistrate Judge's assertion that the "record is void of coercive police conduct" is submitted in error. (RR at p. 7)

DATED this 23rd day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Michael Dieni
Assistant Federal Defender

Certification:

I certify that on Dec. 23, 2005, I hand delivered a copy of this document to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK 99513-7567

Lenora L. Roehling