**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



<u>UNITED STATES OF AMERICA</u>   v.   <u>CHAD E. ROCCA</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO.  <u>A05-0101 CR (JWS)</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 30, 2005

      The above-referenced matter had been set on for a jury trial to commence on January 5, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on **Thursday, January 5, 2006**, at **8:30 a.m.**.

      The January 5, 2006, final pre-trial conference and trial by jury are hereby VACATED.

✓12/30/05 t/c notice: USA, FPD, USPO, JC

[]{IK2.WPD*Rev.12/96}                                                     28