Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. A05-0101 CR (JWS) |
| vs. | |
| CHAD E. ROCCA, | MOTION FOR<br>BAIL REVIEW HEARING,<br>*filed on shortened time* |
| Defendant. | |


Defendant, Chad E. Rocca, requests a change in his bail conditions. Presently, he is required to reside at the Cordova Center.  He requests that he be allowed to leave the Cordova Center.  He now has a place to stay, and employment, and there is no further need to detain him at the Cordova Center.

Mr. Rocca is neither a flight risk nor a danger to the community.  Until approximately five weeks ago, Mr. Rocca had been free on his own recognizance.  Prior to federal charges, for more than one year, he had been free on a small bond in the parallel state court prosecution.  During this time, he made court appearances and committed no crime.  His status changed about five weeks ago when his residency became

unstable and he did not immediately report a change of residence.  There is no evidence

he committed any offense or undertook to attempt to miss court while on release status.

The details of the proposed change of bail conditions have been supplied to

Pretrial Services Officer Chris Liedike for his review and evaluation.  Mr. Rocca requests

a hearing to consider his proposal.

DATED this 27th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 27, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

David A. Nesbett, Esq.

and hand delivered on:

Pretrial Services Officer Chris Liedike

/s/ Michael D. Dieni