UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHAD E. ROCCA,<br><br>　　　　　　　Defendant. | Case No. A05-0101 CR (JWS)<br><br>PROPOSED<br>ORDER SCHEDULING<br>BAIL REVIEW HEARING |

After due consideration of defendant's Motion for Bail Review Hearing, the court hereby grants the motion. A bail review hearing in this action is scheduled for _____, 2006, at _____ a.m./p.m.

DATED this \_\_\_\_ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge