# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. ROCCA, Chad E

Case No. *3:05-cr-00101-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE:  Motion for Bail Review, Docket No. 32

Defendant's motion for shortened time consideration filed at Docket No. 32 is GRANTED.  A bail review is hereby scheduled for **Monday, January 30, 2006 at 9:30 a.m.**

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 27, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00101-JWS-JDR ROCCA @32 MO Setting Bail Review Hrg.wpd