MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *CHAD ROCCA*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:05-cr-101 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  January 27, 2006

    Defendant Rocca moves for a bail review at docket 32.  Although Mr. Rocca has already pled guilty, the court deems it appropriate to refer the motion to Hon. John D. Roberts for determination, because he is familiar with Mr. Rocca's original terms of release.

    The motion at docket 32 is hereby referred to Magistrate Judge Roberts.