# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED**
FEB 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

CHAD E. ROCCA

**WARRANT FOR ARREST**

CASE NUMBER: 3:05-CR-00101 JWS

RECEIVED
2006 JAN 34 PM 4:00
U.S. MARSHALS SERVICE
ALASKA

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHAD E. ROCCA and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[] Indictment   [] Information   [] Complaint   [X] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
VIOLATION OF CONDITIONS OF RELEASE

in violation of Title  United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

February 3, 2006, at Anchorage, AK
Date and Location

Bail Fixed at $ to be determined

**REDACTED SIGNATURE**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Anchorage |

| DATE RECEIVED: 02/03/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 02/03/06 | Troy L. Meek | T.L. Meek |