Attn: Presiding Federal Judge
Ref: Defendant Chad Rocca

## Reference Letter

Your Honor,

      I am Chad Rocca's Step-father. I have helped raise him since he was 5 years old. Being a Step-father is never an easy task, there are always addition issues to overcome. I have tried my best to deal with these issues with love and patience. In the long run, that has paid off. Chad and I have developed a very loving relationship.

      Chad began working for a private painting outfit shortly after high school. He eventually became the crew foreman and typically worked 12 hour days through the summers. He bought a trailer to live in and took pride in remodeling it. He has always been an excellent Father to his Daughter (now 10 years old) and provided her with a nice home.

Chad continued working as a painter and foreman through his early 30ties, at which time he decided (after being off work for the winter) not to go back to work for them. I believe he wanted to try a new line of work, one that would be year round and perhaps have benefits. However, he never seemed to be able to find want he wanted. Chad seemed to loose motivation over the last few years and had become more depressed as he fell further behind in his finances. Although I helped him out with utility payments and food, I eventually cut back on my assistance in an effort to further motivate him to take any job.

Failing to do this, he had to sell his trailer in March of 2005. I let him stay with me for about a month, then I told him he needed to get a job and a place to live. Since then he has been staying with various friends and trying to find work.

He was hired at Lowe's, but was picked up and placed in jail the night before he was to begin the job. It seems that when the State of Alaska dropped the gun charge against him, the Federal prosecutor picked up the case. Chad, of course, lost that job when he didn't show up for work.

      I do not believe Chad's State appointed attorney let him know that his case could end up in the Federal Court System if he didn't take an offer from the state. I am sure he would have settled it, had he know.

      I know Chad better than anyone and I can tell you he is a good person with a wonderful heart. He was not aware that the shotgun in his possession was illegal. I have never kept a gun around the house, nor am I a hunter. I never taught Chad about gun laws because I am not familiar with them myself.

      I hope you can find it in your heart to be as lenient as possible in Chad's case. I do not believe it would be in Chad's best interest to end up in a Federal prison. He did not use the gun in the commission of a crime or in any threatening manor. He is simply guilty of unknowingly possessing the gun in his home.

      Thank you for your time and consideration in this matter,

Respectfully,
Charles L. Shroads

*Charles L. Shroads* (signature)