Law Offices of
## PENNINGTON & ASSOCIATES, P.C.
89954 Cape Arago Highway
Charleston, Oregon 97420

Richard D. Pennington
Kristi Nelson Pennington *
\* *Admitted in Alaska
and California*

Telephone
(541)888-5733
Fax Number
(541)888-3293

March 1, 2006

John W. Sedwick, Chief Judge
United States District Court
222 W. 7th Avenue #32
Anchorage, Alaska 99513

Re:   Chad Rocca

Dear Judge Sedwick:

I am writing on behalf of Chad Rocca, charged with a first and sole offense of possession of a sawed off shotgun.  I have known Chad since 1986.  He is my deceased husband Richard Pennington's nephew.  Chad and his mother moved to Anchorage when Chad was in his early teens, leaving a bad domestic situation in Pennsylvania.  They lived with Richard while settling in.  Chad graduated from West High and started working for a local painting contractor.  He developed a reputation both as a reliable painter and as a perfectionist.

Chad has always been engaged in outdoor activities.  He took flying lessons, then switched to parasailing spending much of his free time in (and over) Girdwood.  Chad is a gentle person, a skilled musician, and an attentive father.  He is fastidious about his daughter's health, diet, and schooling.  I have seen him arrange his work schedule many times in order to "be there" for Brenna.  Possession of an illegal gun is totally out of character for Chad, an aberration, a mistake.  As far as I know Chad has no history of any criminal conduct whatsoever.  Further time in jail would not benefit Chad, nor serve society at large.  On the other hand, it would have a huge negative impact on his daughter Brenna's well being.  Therefore, on behalf of both Chad and Brenna, I respectfully request leniency in sentencing for this offense.

Very truly yours,

*Kristi N Pennington* (signature)
Kristi Nelson Pennington