March 6, 2006

John W. Sedwick, Chief Justice
United States District Court
222 W. 7th Avenue #32
Anchorage, AK  99513

Re:  Chad E. Rocca

Dear Judge Sedwick:

I am the mother of Chad E. Rocca, who will be before you for sentencing March 23, 2006.

I am the person who called the police on August 2004 regarding the concern I had with my son having a gun in his possession.  At that point and time my son was suffering depression due to the death of his uncle, Richard Pennington, a few months prior to this call.  My son never grieved properly with this death, he was not acting himself.   My concern was a disruptive neighbor living next door to Chad at the time with whom Chad had had words with on a few occasions and most important was my granddaughter being there if an altercation with these two took place

I never meant for him to get caught in your criminal system and God forbid, prison time.  I believe an over zealous prosecutor heard sawed off shotgun and went with it.  Your Honor, I am not making excuses for someone having an illegal gun in their home let alone one without a permit.  This matter has been going on for over 2 years now and Chad's life has been on hold since.

I have never had any problems with him as far as the law is concerned prior to this incident.  He is a wonderful father and provider for his child and a consciences human being.  He has been raised with love and comes from a good family.  Chad has since moved from that neighborhood and has dealt with his grief with the support of friends and family.  I am not saying that there should not be some form of punishment of having an illegal gun but I see no benefit of further jail time.  I respectfully request leniency in sentencing for this matter.

Sincerely yours,

*Wonolia Pennington*
Wonolia Pennington

Exhibit C
Page 1 of 1