March 13, 2006

John W. Sedwick, Chief Justice
United States District Court
222 W. 7th Avenue, #32
Anchorage, AK 99513

Re: Chad E. Rocca

Dear Judge Sedwick:

We are writing this on behalf of Chad E. Rocca, who will be sentenced before you on March 23, 2006.

We are Chad's Aunts and have known him since birth. Chad has always been a good person and has never been in trouble with the law, this is a mistake.

We can remember visiting his mother, our sister, many times in Anchorage. Chad always took the time from work or his other daily activities to take us fishing, site seeing, out to dinner or making dinner for us. What we admired most in Chad is when he became a father, he was so proud and took his fatherhood very seriously, which he still does, being incarcerated has been devastating for he and his daughter.

Chad needs to be here in Pennsylvania with the majority of his family. His father's family own and operate an Italian restaurant in the town in which he grew up. They are also in the process of opening a pizza shop this summer and his uncles could use his help. The Rocca's are a prominent family throughout Pennsylvania and I have no doubt that between his father and mother's family Chad would get the help he needed to start a new life.

Your honor, further jail time would not be benefit Chad or his daughter Brenna nor serve society at large. On behalf of Chad, his daughter Brenna and his family here in Pennsylvania we respectfully request leniency in sentencing for this offense.

Sincerely yours,

*June Leport, Darlene Candle, Dana Elliott, Jody Pridemore* (signatures)

June Leport
Darlene Candle
Dana Elliott
Jody Pridemore