To Whom I May Concern:                    01-19-06

    I am writing this letter in regards to Chad Rocca, as he is the father of my daughter and an integral part of our Brenna's life.

    Chad and I have been apart since Brenna was two months old (she is eleven now) yet he has always been steadfast and consistent when it involves Brenna's interests. Since the time Chad and I have been apart he all most always seen Brenna on a daily bases, weather it be taking her to and from school or watching her until I get off work. as I work long hours. Or just watching her always half of the time. Chad has always provided for Brenna be it financially or with time and care, I've never had to ask him for a dime, he has always provided anything i could'nt.

    In saying that Brenna needs her dad in so many ways, and it would absolutely devastate her if her dad was taken from her. Please make this a factor in determining the way best to sentence Chad, he is not a bad person, and being a mother I could not ask for a better father for my little girl.

Tonya Fedor

*[signature]*