Brenna Rocca 3-4th Grade