UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff(s),                )
                                 )   Case No. 3:05-CR-00101-JWS
v.                               )
                                 )   **EXHIBIT INVENTORY AND**
CHAD ROCCA,                      )   **DISPOSITION NOTICE**
                                 )
    Defendant(s).                )
_____)

    Plaintiff:  David Nesbett

    Defendant:  Michael D. Dieni

exhibits listed below:

    1a,1b,2 and 3


    Returned to David Nesbett by (pick-up).


    DATED this 14th day of August, 2006 at Anchorage, Alaska.



    IDA ROMACK
    Clerk of Court

    by: _____
                           Deputy Clerk

✓  Picked up by _____ 8.14.06
                 (Signature and Date)


[EXHINVT.WPD 5/5/99]