NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-101-JWS |
| Plaintiff, | ) ) | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION** |
| v. | ) ) | **FOR FINAL DECREE OF FORFEITURE** |
| CHAD E. ROCCA, | ) ) | |
| Defendant. | ) ) | |

    I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

    1.    On January 12, 2006, defendant CHAD E. ROCCA pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. On January 13, 2006, the Honorable John W. Sedwick entered a Preliminary Order of Forfeiture against

the above-named defendant, forfeiting to the United States the defendant's interest in the REMINGTON 12 GAUGE SHOTGUN, MODEL NUMBER 11-48, SERIAL NUMBER 5156390, described in Count 2.

2. Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited firearm are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") published notification of the Court's January 13, 2006 Preliminary Order of Forfeiture in the Anchorage Daily News on September 1, 8, and 15, 2006. Exhibit 1. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject firearm.

4. No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described firearm have been filed by any other person or entity within the time allowed by law.

5. Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said firearm be forfeited as to all persons. Full right, title and interest in the above-described firearm shall be and hereby is vested in the United States.

Further, the ATF and its property manager and/or its contractor should be directed to

dispose of the above-described firearm and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of October, 2006 in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF COUNSEL was sent electronically this 25th day of October, 2006, to:

MICHAEL DIENI (Counsel for Chad E. Rocca)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley