IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-101-JWS |
| ) | |
| Plaintiff, ) | **FINAL DECREE OF** |
| ) | **FORFEITURE** |
| v. ) | |
| ) | |
| CHAD E. ROCCA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On January 12, 2006, defendant CHAD E. ROCCA pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the REMINGTON 12 GAUGE SHOTGUN, MODEL NUMBER 11-48, SERIAL NUMBER 5156390, described in Count 2, is property constituting firearms or ammunition involved in or used in the commission of violation of 26 U.S.C. §§ 5841, 5845(a)(1), 5861(d), and 5871, thereby rendering said property subject to forfeiture under 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

AND WHEREAS, on January 13, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting all of the right, title and interest of defendant CHAD E. ROCCA in the above-referenced firearm including accessory magazines and ammunition, described in Count 2, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

AND WHEREAS, on September 1, 8, and 15, 2006, the Bureau of Alcohol, Tobacco,

Firearms, and Explosives ("ATF") published, in the Anchorage Daily News, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of said firearm in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the firearm.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited firearm have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the REMINGTON 12 GAUGE SHOTGUN, MODEL NUMBER 11-48, SERIAL NUMBER 5156390, is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the ATF and its property manager and/or its contractor according to law.

2. That the ATF is directed to pay any and all costs associated with the described firearm and to dispose of such according to law.

4. The Clerk is hereby directed to send a copy of this Order to the ATF, 222 W. 7th Avenue, #39, Room 547, Anchorage, AK 99513.

SO ORDERED this ___ day of _____, 2006.

_____
HON. JOHN W. SEDWICK
United States District Court