## Anchorage Daily News
## Affidavit of Publication
1001 Northway Drive, Anchorage, AK 99508

9/15/2006

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 943364 | 09/01/2006 | | DEPA0825 | $110.60 | | | | | | |
| | 09/08/2006 | | DEPA0825 | $110.60 | | | | | | |
| | 09/15/2006 | | DEPA0825 | $110.60 | | | | | | |
| | | | | $331.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $331.80 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

September 19, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

_Kimberly A. Kirby_

[Notary Seal: KIMBERLY A. KIRBY NOTARY PUBLIC STATE OF ALASKA]

---

NOTICE OF:
UNITED STATES
OF AMERICA
v. CHAD E. ROCCA
Case No. 3:05-cr-101-JWS

To all interested persons in the above-styled case, notice is hereby given that on January 13, 2006, the United States District Court for the District of Alaska, the Honorable John W. Sedwick presiding, entered a Preliminary Order of Forfeiture forfeiting one REMINGTON 12 GAUGE SHOTGUN, MODEL NUMBER 11-48, SERIAL NUMBER 5156390, to the United States of America, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, of 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Pub: 09/01, 08, 15, 2006

Exhibit __1__
Page __1__ of __1__ pages